IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-1033-LPS |
| v. | § § | |
| ALLTEL CORPORATION, | § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-1034-LPS |
| v. | § § | |
| BOOST MOBILE, LLC, | § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-1066-LPS |
| v. | § § | |
| CLEARSKY MOBILE MEDIA, INC., | § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-1099-LPS |
| v. | § § | |
| CRICKET COMMUNICATIONS, INC. and | § | |

1

| | |
|---|---|
| LEAP WIRELESS INTERNATIONAL, INC., § <br> § <br> Defendants. § <br> _____ | |
| CALLERTONE INNOVATIONS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> METROPCS WIRELESS, INC., and § <br> METROPCS COMMUNICATIONS, INC. § <br> § <br> Defendants. § <br> _____ | Civil Action No. 1:11-cv-1067-LPS |
| CALLERTONE INNOVATIONS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SPRINT NEXTEL CORPORATION, § <br> § <br> Defendant. § <br> _____ | Civil Action No. 1:11-cv-1039-LPS |
| CALLERTONE INNOVATIONS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> T-MOBILE USA, INC., § <br> § <br> Defendant. § <br> _____ | Civil Action No. 1:11-cv-1035-LPS |
| CALLERTONE INNOVATIONS, LLC, § <br> § <br> Plaintiff, § <br> § | Civil Action No. 1:11-cv-1068-LPS |

| | |
|---|---|
| v. | § |
| | § |
| UNITED STATES CELLULAR | § |
| CORPORATION, LIVEWIRE MOBILE, INC. | § |
| and ZED USA, CORP., | § |
| | § |
| Defendants. | § |

---

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:11-cv-1036-LPS |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | |
| | § | |
| Defendant. | § | |

---

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:11-cv-1044-LPS |
| v. | § | |
| | § | |
| VIRGIN MOBILE USA, INC. and | § | |
| VIRGIN MOBILE USA, L.P., | § | |
| | § | |
| Defendants. | § | |

## **STIPULATION AND ORDER**

COME NOW, Plaintiff and Defendants stating that the parties continue to negotiate the provisions of a proposed Scheduling Order; AND

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their undersigned counsel and subject to the approval of the Court, that the time for the parties to submit a proposed Scheduling Order is extended through and including October 5, 2012.

3

| STAMOULIS & WEINBLATT LLC | SEITZ ROSS ARONSTAM & MORITZ LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Benjamin J. Schladweiler* |
| Stamatios Stamoulis #4606 | Collins J. Seitz Jr. #2237 |
|     stamoulis@swdelaw.com |     cseitz@seitzross.com |
| Richard C. Weinblatt #5080 | Benjamin J. Schladweiler #4601 |
|     weinblatt@swdelaw.com |     bjs@seitzross.com |
| Two Fox Point Centre | David E. Ross #5228 |
| 6 Denny Road, Suite 307 |     dross@seitzross.com |
| Wilmington, DE 19809 | 100 S. West Street, Suite 400 |
| Telephone:  (302) 999-1540 | Wilmington, DE 19801 |
| | Telephone:  (302) 576-1600 |

*Attorneys for Plaintiff*
*Callertone Innovations, LLC*

*Attorneys for Defendants*
*Cellco Partnership d/b/a Verizon Wireless and Alltel Corporation*

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*
Richard L. Horwitz #2246
    rhorwitz@potteranderson.com
David E. Moore #3983
    dmoore@potteranderson.com
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000

*Attorneys for Defendant*
*AT&T Mobility LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Karen Jacobs Louden #2013
    klouden@mnat.com
Jennifer Ying #5550
    jying@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone:  (302) 658-9200

4

*Attorneys for Defendant Boost Mobile, LLC, Sprint Nextel Corporation, Virgin Mobile USA, Inc. and Virgin Mobile USA, L.P.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Monté T. Squire*
Adam W. Poff #3990
    apoff@ycst.com
Monté T. Squire #4764
    msquire@ycst.com
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

*Attorneys for Defendant*
*ClearSky Mobile Media, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Mary B. Graham #2256
    mgraham@mnat.com
Jeremy A. Tigan #5239
    jtigan@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200

*Attorneys for Defendants*
*Cricket Communications Inc., Leap Wireless International Inc., United States Cellular Corporation, LiveWire Mobile, Inc. and Zed USA Corp.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Anne Shea Gaza*
Anne Shea Gaza #4093
gaza@rlf.com
Jason J. Rawnsley #5379
rawnsley@rlf.com
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700

*Attorneys for Defendants*
*MetroPCS Communications, Inc., MetroPCS*
*Wireless, Inc. and T-Mobile USA Inc.*

SO ORDERED, this _____ day of _____, 2012.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080