IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1099 (LPS) |
| | ) |
| CRICKET COMMUNICATIONS INC. and | ) |
| LEAP WIRELESS INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of 1) *Defendants Cricket Communications, Inc. and Leap Wireless International, Inc.'s Paragraph 3 Delaware Default Standard for Discovery Disclosures*; and 2) *Defendants Cricket Communications, Inc. and Leap Wireless International Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26* were caused to be served on November 14, 2012, upon the following in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| STAMOULIS & WEINBLATT LLC | FARNEY DANIELS LLP |
| Stamatios Stamoulis | W. Bryan Farney |
| **stamoulis@swdelaw.com** | **bfarney@farneydaniels.com** |
| Richard C. Weinblatt | Steven R. Daniels |
| **weinblatt@swdelaw.com** | **sdaniels@farneydaniels.com** |
| THE LEIBOWITZ FIRM | Connie E. Merriett |
| John P. Leibowitz | **cmerriett@farneydaniels.com** |
| **john@leibowitz.com** | Melissa V. Melton |
| | **mmelton@farneydaniels.com** |
| | FARNEY LAW OFFICE |
| | Leslie Brent Farney |
| | **brent@farneylawoffice.com** |

- 2 -

|  |  |
|---|---|
| OF COUNSEL:<br><br>Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>Maria Granovsky (#4709)<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, New York 10022<br>(212) 957-7600<br><br>November 14, 2012<br>6701341 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Stephen J. Kraftschik*<br>Mary B. Graham (#2256)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>skraftschik@mnat.com<br>   *Attorneys for Cricket Communications Inc.*<br>   *and Leap Wireless International Inc.* |