**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC,<br><br>Defendant. | C.A. No. 11-996-LPS<br><br>JURY TRIAL DEMANDED |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLTEL CORPORATION,<br><br>Defendant. | C.A. No. 11-1033-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOOST MOBILE, LLC,<br><br>Defendant. | C.A. No. 11-1034-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLEARSKY MOBILE MEDIA, INC.,<br><br>Defendant. | C.A. No. 11-1066-LPS |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Defendant. | ) | C.A. No. 11-1099-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>METROPCS WIRELESS, INC., and METROPCS COMMUNICATIONS, INC.,<br><br>Defendant. | ) | C.A. No. 11-1067-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>Defendant. | ) | C.A. No. 11-1039-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | ) | C.A. No. 11-1035-LPS |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC. and ZED USA, CORP.,<br><br>Defendants. | C.A. No. 11-1068-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br><br>Defendant. | C.A. No. 11-1036-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA MOBILE USA, INC. and VIRGIN MOBILE USA, L.P.<br><br>Defendant. | C.A. No. 11-1044-LPS |

**STIPULATION TO EXTEND TIME TO FILE PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that the deadline for the parties to submit a protective order in this action is extended to January 11, 2013.

STAMOULIS & WEINBLATT LLC

By: */s/ Richrd C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Callertone Innovations, LLC*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*AT&T Mobility, LLC*

SEITZ ROSS ARONSTAM & MORITZ LLP

By: */s/ Benjamin J. Schladweiler*
Collins J. Seitz , Jr. (#2237)
David Evan Ross (#5228)
Benjamin J. Schladweiler (#4601)
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
dross@seitzross.com

*Attorneys for Defendants*
*Alltel Corporation and Cellco Partnership,*
*d/b/a Verizon Wireless*

RICHARDS, LAYTON & FINGER, PA

By: */s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Jason James Rawnsley (#5379)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendants*
*Metropcs Wireless, Inc.,*
*Metropcs Communications, Inc., and*
*T-Mobile USA, Inc.*

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

By: */s/ Monte Terrell Squire*
Monte Terrell Squire (#4764)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6713
msquire@ycst.com

*Attorneys for Defendant Clearsky Mobile Media, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jennifer Ying*
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjlefiling@mnat.com
jying@mnat.com

*Attorneys for Defendants Boost Mobile, LLC, Sprint Nextel Corporation, Virgin Mobile USA, Inc., and Virgin Mobile USA, L.P.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Mary Graham*
Mary B. Graham (#2256)
Jeremy Tigan (#5239)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com
jtigan@mnat.com

*Attorneys for Defendants Cricket Communications, Inc., Leap Wireless International, Inc., United States Cellular Corporation, Livewire Mobile, Inc., and ZED USA, Corp.*

Dated: November 29, 2012
1084262/38579

IT IS SO ORDERED this ____ day of __________________, 2012

______________________________
Judge Leonard P. Stark
United States District Court Judge