**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:11-cv-01099-LPS |
| | § | |
| CRICKET COMMUNICATIONS, INC., | § | |
| AND LEAP WIRELESS INTERNATIONAL, | § | |
| INC., | § | |
| | | |
| Defendants. | | |

## NOTICE OF SERVICE

I certify that on February 28, 2013, true and correct copies of Plaintiff Callertone Innovations, LLC's Initial Preliminary Patent Litigation Infringement Contentions Re Cricket Communications, Inc. and Leap Wireless International, Inc. were served upon the following counsel by electronic means:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington , DE 19899

Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington , DE 19899

DATED:  March 5, 2013                    STAMOULIS & WEINBLATT LLC

                                         */s/ Richard C. Weinblatt*
                                         Stamatios Stamoulis #4606
                                                 stamoulis@swdelaw.com
                                         Richard C. Weinblatt #5080
                                                 weinblatt@swdelaw.com
                                         Two Fox Point Centre
                                         6 Denny Road, Suite 307
                                         Wilmington, DE 19809
                                         Telephone: (302) 999-1540

                                         *Attorneys for Plaintiff*
                                         *Callertone Innovations, LLC*