**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:11-cv-01099-LPS |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | § § § § § | |
| Defendants. | | |

**NOTICE OF SERVICE**

I certify that on April 11, 2013, true and correct copies of Plaintiff Callertone Innovations, LLC's Amended Initial Preliminary Patent Litigation Infringement Contentions Re Cricket Communications, Inc. and Leap Wireless International, Inc. were served upon the following counsel by electronic means:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington , DE 19899

Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington , DE 19899

Damir Cefo
Cohen & Gresser, LLP
800 Third Ave., 21st Floor
New York, New York 10022

Francisco A. Villegas
Cohen & Gresser, LLP
800 Third Ave., 21st Floor
New York, New York 10022

Karen Bromberg
Cohen & Gresser, LLP
800 Third Ave., 21st Floor
New York, New York 10022

Maria Granovsky
Cohen & Gresser, LLP
800 Third Ave., 21st Floor
New York, New York 10022

| | |
|---|---|
| DATED:  April 11, 2013 | STAMOULIS & WEINBLATT LLC |
| | */s/ Richard C. Weinblatt*  |
| | Stamatios Stamoulis #4606 |
| | stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| | weinblatt@swdelaw.com |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| | Telephone: (302) 999-1540 |
| | |
| | *Attorneys for Plaintiff* |
| | *Callertone Innovations, LLC* |