**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BOOST MOBILE, LLC, <br><br> Defendant. | Civil Action No. 1:11-cv-1034-LPS <br><br> JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-1035-LPS <br><br> JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and ALLTEL CORPORATION <br><br> Defendant. | Civil Action No. 1:11-cv-1036-LPS <br><br> JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, <br><br> Defendant. | Civil Action No. 1:11-cv-1039-LPS <br><br> JURY TRIAL REQUESTED |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>VIRGIN MOBILE USA, INC.<br>and VIRGIN MOBILE USA, L.P.,<br><br>                      Defendants. | Civil Action No. 1:11-cv-1044-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>METROPCS WIRELESS, INC. and<br>METROPCS COMMUNICATIONS, INC.,<br><br>                      Defendants. | Civil Action No. 1:11-cv-1067-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR<br>CORPORATION, LIVERWIRE MOBILE,<br>INC. and ZED USA, CORP.,<br><br>                      Defendants. | Civil Action No. 1:11-cv-1068-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>CRICKET COMMUNICATIONS, INC.<br>and LEAP WIRELESS INTERNATIONAL,<br>INC.,<br><br>                      Defendants. | Civil Action No. 1:11-cv-1099-LPS<br><br>JURY TRIAL REQUESTED |

## DECLARATION OF TIM DEVLIN IN SUPPORT OF PLAINTIFF CALLERTONE INNOVATIONS, LLC'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Tim Devlin, declare as follows:

1. I am an attorney with Farney Daniels PC and counsel for Plaintiff Callertone Innovations, LLC in the above-captioned matter. I make this declaration on my own information, knowledge and belief.

2. I have personal knowledge of the following facts and, if called upon to do so, I could testify completely thereto.

3. Attached hereto are true and correct copies of the following exhibits referenced in Plaintiff Callertone Innovations, LLC's Responsive Claim Construction Brief:

| | |
|---|---|
| Ex. 5 | Office Action in U.S. App. No. 12/364,940 (U.S. Patent No. 7,860,225), dated October 20, 2009; |
| Ex. 6 | Amendment in Response to Non-Final Office Action in U.S. App. No. 12/364,940 (U.S. Patent No. 7,860,225), dated January 20, 2010; |
| Ex. 7 | Amendment and Remarks in Response to Final Rejection in U.S. App. No. 09/585,460, stamped December 27, 2004 (parent patent to U.S. Patent No. 7,860,225). |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  August 7, 2013                  /s/ Timothy Devlin
                                              Tim Devlin