IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRICKET COMMUNICATIONS INC. and )<br>LEAP WIRELESS INTERNATIONAL INC., )<br>)<br>Defendant. ) | C.A. No. 11-1099 (LPS) |

## STIPULATION AND [PROPOSED] ORDER

IT IS STIPULATED AND AGREED, by and among Plaintiff Callertone Innovations, LLC ("Plaintiff") and Defendants Cricket Communications, Inc. and Leap Wireless International, Inc. (collectively, "Defendants"), subject to the Court's approval, that the time for Defendants to serve responses to Plaintiff's First Set of Requests for Production (Nos. 1-45) and First Set of Interrogatories (Nos. 1-8) is extended through and including Monday, August 26, 2013.

| | |
|---|---|
| FARNEY DANIELS PC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Timothy Devlin* | */s/ Jeremy A. Tigan* |
| Timothy Devlin (#4241)<br>1220 Market Street, Suite 850<br>Wilmington, DE 19801<br>(302) 300-4626<br>tdevlin@farneydaniels.com | Mary B. Graham (#2256)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jtigan@mnat.com |
| *Attorneys for Plaintiff Callertone Innovations, LLC* | *Attorneys for Cricket Communications Inc. and Leap Wireless International Inc.* |

SO ORDERED this ___ day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

7457722.1